**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

**CEDRIC BISHOP,**

              **Plaintiff,**          20-cv-2072 (JGK)

    - against -                   <u>**ORDER**</u>

**SI SOHO LLC,**

             **Defendant.**
_____

**JOHN G. KOELTL, District Judge:**

    No answer has been filed and no status report was provided by May 6, 2020, as ordered by the Court on April 23, 2020. The plaintiff should file a proposed Order to Show Cause for a default judgment by **June 17, 2020** or dismiss the case without prejudice. If no action is docketed by that date, the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:    New York, New York**
           **June 3, 2020**                    /s/ John G. Koeltl
                                                **John G. Koeltl**
                                      **United States District Judge**